JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY DAY SALES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. 2:12-cv-7650-SVW-AGR<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 70 days, to request a status conference be scheduled if settlement is not consummated. The Court further VACATES the Pretrial Conference set for April 29, 2013 and the Jury Trial set for May 7, 2013.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: April 23, 2013

THE HON. STEPHEN V. WILSON
United States District Judge